IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN E. ETHEREDGE, ) <br> ANNE D. ETHEREDGE, and ) <br> JOHN E. ETHEREDGE AND ANNE D. ) <br> ETHEREDGE, AS TRUSTEES OF THE ) <br> REVOCABLE TRUST AGREEMENT OF ) <br> JOHN E. ETHEREDGE AND ANNE D. ) <br> ETHEREDGE UNDER AN AGREEMENT ) <br> DATED JANUARY 18, 2012, ) <br> ) <br> Defendants. ) <br> ) | Case No. 5:15-cv-376-FL |

## **DEFAULT**

It appearing that the complaint was filed in this case on August 5, 2015; that the summons and complaint were duly served upon defendants John E. Etheredge; Anne D. Etheredge; and John E. Etheredge and Anne D. Etheredge, as trustees of the Revocable Trust Agreement of John E. Etheredge and Anne D. Etheredge under an Agreement Dated January 18, 2012, and no answer or other pleading has been filed by said defendants as required by law;

Therefore, upon request of the plaintiff, default is hereby entered against all defendants as provided in Rule 55(a), Federal Rules of Civil Procedure.

Dated this 26th day of October, 2015.

_Julie Richards Johnston_
JULIE RICHARDS JOHNSTON, Clerk of Court