IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:15-cv-376-FL |
| ) | |
| JOHN E. ETHEREDGE, ) | |
| ANNE D. ETHEREDGE, and ) | |
| JOHN E. ETHEREDGE AND ANNE D. ) | |
| ETHEREDGE, AS TRUSTEES OF THE ) | |
| REVOCABLE TRUST AGREEMENT OF ) | |
| JOHN E. ETHEREDGE AND ANNE D. ) | |
| ETHEREDGE UNDER AN AGREEMENT ) | |
| DATED JANUARY 18, 2012, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING UNITED STATES' MOTION FOR DEFAULT JUDGMENT**

This matter is before the Court on the United States' Motion for Default Judgment against John E. Etheredge, Anne D. Etheredge, and John E. Etheredge and Anne D. Etheredge as Trustees of the Revocable Trust Agreement of John E. Etheredge and Anne D. Etheredge Under an Agreement Dated January 18, 2012. After reviewing the United States' motion, any responses or replies thereto, and the record as a whole, the Court finds that the United States' motion is well-taken, the same is hereby GRANTED, and it is ORDERED that:

1. Default judgment is entered pursuant to Fed. R. Civ. P. 55(b) against John E. Etheredge and Anne D. Etheredge in the amount of $314,164.02 as of November 30, 2015, for federal income taxes for the periods ending on 12/31/2002, 12/31/2003, 12/31/2004, 12/31/2005, 12/31/2006, and 12/31/2007; together with all interest and penalties that will continue to accrue according to law;

1

2. Default judgment is entered pursuant to Fed. R. Civ. P. 55(b) against John E. Etheredge in the amount of $131,150.55 as of November 30, 2015, for federal income taxes for the periods ending on 12/31/2008, 12/31/2009, 12/31/2010, 12/31/2011, and 12/31/2012; together with all interest and penalties that will continue to accrue according to law;

3. Default judgment is entered pursuant to Fed. R. Civ. P. 55(b) against Anne D. Etheredge in the amount of $39,569.04 as of November 30, 2015, for federal income taxes for the periods ending on 12/31/2008, 12/31/2009, 12/31/2010, 12/31/2011, and 12/31/2012; together with all interest and penalties that will continue to accrue according to law;

4. The United States has valid federal tax liens against John E. Etheredge and Anne D. Etheredge which have attached to the real property located at 178 Deacons Point Road, Warren County, Littleton, North Carolina 27850 ("Subject Property"); and

5. The federal tax liens attached to the Subject Property are hereby foreclosed, and the Subject Property shall be sold free and clear of any right, title, lien, claim, or interest of all parties, in accordance with the attached order of sale.

IT IS SO ORDERED.

Entered this __20TH__ day of _____November_____, 2015.

_____
UNITED STATES DISTRICT JUDGE