IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:15-cv-376-FL |
| | ) |
| JOHN E. ETHEREDGE, | ) |
| ANNE D. ETHEREDGE, and | ) |
| JOHN E. ETHEREDGE AND ANNE D. | ) |
| ETHEREDGE, AS TRUSTEES OF THE | ) |
| REVOCABLE TRUST AGREEMENT OF | ) |
| JOHN E. ETHEREDGE AND ANNE D. | ) |
| ETHEREDGE UNDER AN AGREEMENT | ) |
| DATED JANUARY 18, 2012, | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING THE UNITED STATES' MOTION FOR CONFIRMATION OF SALE AND DISTRIBUTION OF PROCEEDS**

Upon consideration of the United States' Motion for Confirmation of Sale and Distribution of Proceeds, the Court having previously ordered the sale of the Subject Property (Dkt. No. 16-1), and good cause having been found, this Court grants the United States of America's request for an order confirming the sale of the real property located at 178 Deacons Point Road, Warren County, Littleton, North Carolina 27850, and grants the United States' request for an order approving the distribution of the proceeds of the sale.

Therefore, pursuant to 28 U.S.C. § 2001(a), the Court orders that:

1. The sale of the Subject Property located at 178 Deacons Point Road, Warren County, Littleton, North Carolina 27850, as described on page one of the Order of Sale (Dkt. No. 16-1), for the total amount of $17,000 is confirmed.

2. The United States shall convey by deed the Subject Property to MWY Properties, LLC, 800 N. Main Street, Emporia, Virginia 23847.

3. The Clerk of Court shall distribute the $17,000 in funds deposited into its registry in this action as follows:

   a. $1,280.96 to the United States of America, made payable to the United States Treasury, and sent to IRS PALS Group East, c/o Deborah Evenson, 2937 S. Claremont Ave, Springfield, MO, 65804, to cover expenses of the sale. (*See* Dkt. No. 16-1, ¶ 8(a)).

   b. $2,063.58 to Warren County, North Carolina, payable to the Warren County Tax Office, and sent to the Warren County Tax Office, P.O. Box 240, Warrenton, NC 27589, for delinquent property taxes. (*See* Dkt. No. 16-1, ¶ 8(b)).

   c. The remaining $13,655.46 to the United States of America, made payable to the United States Department of Justice, Tax Division, Ben Franklin Station, P.O. Box 310, Washington, D.C., 20044, in partial satisfaction of the default judgment entered in this case against the defendants. (*See* Dkt. Nos. 16, 16-1, ¶ 8(c)).

IT IS SO ORDERED.

Entered this 23rd day of March, 2017.

_____
THE HONORABLE LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE